Kendra Gilliams
1901 Ave of the Stars
2nd FL
Los Angeles, CA 90067

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
11/10/26
CENTRAL DISTRICT OF CALIFORNIA
BY: ASP DEPUTY

KENDRA GILLIAMS, an individual, Plaintiff,

v.

William Crenshaw Jr., an individual, doing business as "Real Talk with Key"

Defendant.

PAID
NOV 10 2026
CLERK, U.S. DISTRICT COURT
COURT 4612

Case No.: 2:26-CV-13141-JAK(CTSx)

## COMPLAINT FOR COPYRIGHT INFRINGEMENT DEMAND FOR JURY TRIAL

## I. INTRODUCTION

1. Plaintiff Kendra Gilliams ("Plaintiff") is an individual and a professional radio and television journalist with more than two decades of experience in broadcast media. Plaintiff owns the Kendra G Singles Dating App and is the Host and Creator of the Kendra G Singles original online dating show. Plaintiff brings this action against Defendant William Crenshaw Jr. ("Defendant"), an individual doing business as "Real Talk with Key!" on YouTube, for Defendant's ongoing, willful, and repeated copyright infringement of Plaintiff's original video works.

2. Defendant has unlawfully copied, reproduced, distributed, displayed, and monetized Plaintiff's copyrighted video content without authorization, consent, or license. Defendant's conduct constitutes infringement under the Copyright Act, 17 U.S.C. § 501 et seq., and has caused and continues to cause substantial harm to Plaintiff's business, reputation, and exclusive rights.

3. Plaintiff seeks: (A) a declaration of infringement; (B) a permanent injunction; and (C) a mandatory injunction requiring removal of all infringing videos and prohibiting future infringement.

4. Plaintiff requests permanent removal of the infringing URLs pursuant to 17 U.S.C. § 501 et seq. and the repeat infringer policy under 17 U.S.C. § 512(i)(1)(A).

## II. INFRINGING URL LINKS

https://www.youtube.com/watch?v=Be52ZE1BHGY

https://www.youtube.com/watch?v=DvzSKFbIeGA

https://www.youtube.com/watch?v=IKVxqOXQW2E

https://www.youtube.com/watch?v=9Qco0zNwF5c

https://www.youtube.com/watch?v=5DHAIemslCE

https://www.youtube.com/watch?v=L1n20CixqNw

https://www.youtube.com/watch?v=JsXC-X84174

https://www.youtube.com/watch?v=D1jw0-nXnUI

https://www.youtube.com/watch?v=QdZhpVoN-NA

https://www.youtube.com/watch?v=OBj3ptDbR8c

https://www.youtube.com/watch?v=o6Ak-2-DxJE

https://www.youtube.com/watch?v=s5m9aFItzxA

https://www.youtube.com/watch?v=0ZxXabsuwo0

https://www.youtube.com/watch?v=8xrAaQozGTk

https://www.youtube.com/watch?v=mixstyBalHU

https://www.youtube.com/watch?v=biNTkEy9aIc

https://www.youtube.com/watch?v=1vYKB9pohCQ

https://www.youtube.com/watch?v=4b40YTKyx00

https://www.youtube.com/watch?v=iSM__SIlfMM

https://www.youtube.com/watch?v=7lN1f5wBZcg

https://www.youtube.com/watch?v=7lN1f5wBZcg

https://www.youtube.com/watch?v=xd7uGH2aWsk

https://www.youtube.com/watch?v=FCBkrCEv6fg

https://www.youtube.com/watch?v=TxEFIZS1t58

https://www.youtube.com/watch?v=LP5PjDjxDaY

https://www.youtube.com/watch?v=LE_x_dJqFB8

https://www.youtube.com/watch?v=LP5PjDjxDaY

https://www.youtube.com/watch?v=0zAMaLL3vJU

https://www.youtube.com/watch?v=du9g_ZTDCAQ

https://www.youtube.com/watch?v=wf8WSBVi8wc

https://www.youtube.com/watch?v=x-o2FQOOPug

https://www.youtube.com/watch?v=4tgDHasIJ58

https://www.youtube.com/watch?v=5EkPrOAOdlc

https://www.youtube.com/watch?v=bvYDz8EX8aw

https://www.youtube.com/watch?v=Gnyq_uw2xoU

https://www.youtube.com/watch?v=ZpcxCJd5-fM

https://www.youtube.com/watch?v=cJwfshHSZME

https://www.youtube.com/watch?v=ash3SFMgoHA

https://www.youtube.com/watch?v=NRuRoYjyH7g

https://www.youtube.com/watch?v=xsdVHeStCKY

https://www.youtube.com/watch?v=VznOgIVBFc0

https://www.youtube.com/watch?v=jSqpEncpx34

https://www.youtube.com/watch?v=tDJIig-wup8

https://www.youtube.com/watch?v=P1jcHrZTAUo

https://www.youtube.com/watch?v=3r2fJWP6Bk8

https://www.youtube.com/watch?v=kOkoE9JGRB8

https://www.youtube.com/watch?v=WTAa274ZWEM

Plaintiff reserves the right to amend this Complaint as additional infringing URLs are discovered.

## III. FACTUAL ALLEGATIONS

1. Defendant copied and uploaded more than thirty of Plaintiff's copyrighted videos without authorization.

2. Defendant reproduced Plaintiff's copyrighted material, including her voice, likeness, and creative expression, for financial gain.

3. On Oct 22, 2026, Plaintiff reported the infringing content to YouTube.

4. On Oct 28, 2026 Defendant filed a DMCA counter-notification. YouTube required Plaintiff to file this federal lawsuit to prevent reinstatement of the infringing content.

5. Defendant's acts are willful and malicious.

6. Plaintiff timely filed this lawsuit within the DMCA deadline.

7. Plaintiff requests this action be recognized as the controlling action for future DMCA counter-notification disputes involving Defendant's YouTube channel.

## IV. PLAINTIFF'S COPYRIGHTED WORKS AND RELATED FACTS

1. Plaintiff is a professional radio and television personality with over two decades of experience.

2. Plaintiff owns a dating app and produces an original online dating show.

3. Plaintiff's works are original and protected by copyright.

## V. REGISTERED WORKS

Work:

Singles Pop Up Show March 13th 2026

Registration No.: PA 2-579-707

Registration Date: April 21st 2026

KENDRA G SINGLES DATING APP LIVE EPISODE SEPT 24th 2025

Registration No.: PA 2-557-165

Registration Date: Dec 15th 2025

Singles On Youtube Live April 1st 2026

Registration No.: PA 2-579-890

Registration Date: April 22, 2026

Plaintiff reserves the right to amend this Complaint to include additional registrations.

## VI. CLAIM FOR RELIEF — COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

1. Plaintiff incorporates all preceding paragraphs.

2. Defendant infringed Plaintiff's exclusive rights under 17 U.S.C. § 106.

3. Defendant's infringement is willful.

4. The DMCA mandates repeat infringer policies requiring account termination for repeat infringers.

## VII. PRAYER FOR RELIEF

A. Declaration of infringement.

B. Permanent injunction.

C. Removal of infringing works.

D. Statutory damages up to $150,000 per infringed work under 17 U.S.C. § 504.

E. Costs of suit.

F. Leave to amend.

G. Declaration of DMCA compliance.

## VIII. DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all triable issues.

Respectfully submitted, /s/

Kendra Gilliams

Kendra Gilliams,

Plaintiff Pro Se

1901 Avenue of the Stars,

2nd Floor

Los Angeles, CA 90067

Email: iamnotdoingit@gmail.com

10/10/2026

**Name:** Kendra Gilliams
**Date:** April 22, 2026

---

**Correspondence:** Yes

**Registration Number**
**PA 2-579-890**
**Effective Date of Registration:**
April 22, 2026
**Registration Decision Date:**
April 22, 2026

## Title

**Title of Work:** Singles On Youtube Live April 1st 2026

## Completion/Publication

**Year of Completion:** 2026
**Date of 1st Publication:** April 01, 2026
**Nation of 1st Publication:** United States

## Author

- **Author:** Kendra Gilliams
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kendra Gilliams
1901 Ave Of The Stars, 2nd FL, Los Angeles, CA, 90067

## Rights and Permissions

**Organization Name:** Singles Live, LLC
**Name:** Kendra Gilliams
**Email:** kendragmusic@gmail.com
**Telephone:** (213)712-6688
**Address:** 1901 Ave Of The Stars
2nd FL
Los Angeles, CA 90067

## Certification

**Registration Number**
**PA 2-557-165**
**Effective Date of Registration:**
December 12, 2025
**Registration Decision Date:**
December 15, 2025

## Title

**Title of Work:** KENDRA G SINGLES DATING APP LIVE EPISODE SEPT 24TH 2025

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** September 24, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Kendra Gilliams
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kendra Gilliams
1901 Ave Of The Stars, 2nd FL, Los Angeles, CA, 90067

## Rights and Permissions

**Organization Name:** Singles Live, LLC
**Name:** Kendra Gilliams
**Email:** kendragmedia@gmail.com
**Telephone:** (213)712-6688
**Address:** 1901 Ave Of The Stars
2nd FL
Los Angeles, CA 90067 United States

## Certification

9

**Name:** KENDRA GILLIAMS
**Date:** December 12, 2025

---

**Correspondence:** Yes

**Registration Number**
**PA 2-579-707**
**Effective Date of Registration:**
April 21, 2026
**Registration Decision Date:**
April 22, 2026

## Title

**Title of Work:** Singles Pop Up Show March 13th 2026

## Completion/Publication

**Year of Completion:** 2026
**Date of 1st Publication:** March 13, 2026
**Nation of 1st Publication:** United States

## Author

- **Author:** Kendra Gilliams
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kendra Gilliams
1901 Ave Of The Stars, 2nd FL, Los Angeles, CA, 90067

## Rights and Permissions

**Organization Name:** Singles Live, LLC
**Name:** Kendra Gilliams
**Email:** kendragmusic@gmail.com
**Address:** 1901 Ave of The Stars
2nd FL
Los Angeles, CA 90067 United States

## Certification

**Name:** Kendra Gilliams

**Date:** April 21, 2026

---

**Correspondence:** Yes